**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 167 WAL 2016

              Respondent             :

                                     :    Petition for Allowance of Appeal from
                                     :    the Order of the Superior Court

              v.                          :

                                     :

                                     :

ROBERT A. BOGDAN,                 :

                                     :

              Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.